# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BAB SYSTEMS, INC., an Illinois corporation, vs., STEINMAN & STEINMAN, INC., a Florida corporation, MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the Estate of Marvin Steinman, and Mara Henderson | FILED: JUNE 30, 2008<br>08CV3737<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC

BAB SYSTEMS, INC., an Illinois corporation

| NAME (Type or print) |
|---|
| Marc P. Seidler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Marc P. Seidler |
| FIRM |
| DLA PIPER US LLP |
| STREET ADDRESS |
| 203 North LaSalle Street; Suite 1900 |
| CITY/STATE/ZIP |
| Chicago,   IL   60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02544202 | 312-368-2160 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com