IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAB SYSTEMS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08 CV 3737 |
| STEINMAN & STEINMAN, INC., a Florida corporation, MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, | ) ) ) ) ) ) ) | Judge George W. Lindberg<br><br>Magistrate Judge Jeffrey Cole |
| Defendants. | ) ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:  Steinman & Steinman, Inc.          Marc Steinman
     1191-B Eglin Parkway               1191-B Eglin Parkway
     Shalimar, FL 32579                 Shalimar, FL 32579

     Lee Steinman                       Mara Henderson
     381 Santa Rosa Boulevard, C-704    16 Mariners Lane
     Fort Walton Beach, FL 32548        Kemah, TX 77565-2250

     Lawrence Keefe
     Zachary A. VanDyke
     Anchors Smith Grimsley
     909 Mar Walt Drive, Suite 1014
     Fort Walton Beach, Florida 32547

**PLEASE TAKE NOTICE** that on Wednesday, July 16, 2008 at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable George W. Lindberg in the courtroom usually occupied by him, or any other judge sitting in his stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present Petitioner BAB Systems, Inc.'s Petition to Compel Arbitration, a copy of which has been served upon you.

BAB SYSTEMS, INC.

s/ Marc P. Seidler
Marc P. Seidler (02544202)
John A. Hughes (06275159)
**DLA PIPER US LLP**
203 North LaSalle Street, Ste. 1900
Chicago, Illinois 60601
Phone No.: 312-368-2160
Fax No.: 312-251-2194

## CERTIFICATE OF SERVICE

Marc P. Seidler, an attorney, certifies that on July 3, 2008, he caused the foregoing Notice of Motion to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Steinman & Steinman, Inc.
1191-B Eglin Parkway
Shalimar, FL 32579

Lee Steinman
381 Santa Rosa Boulevard, C-704
Fort Walton Beach, FL 32548

Lawrence Keefe
Zachary A. VanDyke
Anchors Smith Grimsley
909 Mar Walt Drive, Suite 1014
Fort Walton Beach, Florida 32547

Marc Steinman
1191-B Eglin Parkway
Shalimar, FL 32579

Mara Henderson
16 Mariners Lane
Kemah, TX 77565-2250

s/ Marc P. Seidler
Marc P. Seidler (02544202)
John A. Hughes (06275159)
**DLA PIPER US LLP**
203 North LaSalle Street, Ste. 1900
Chicago, Illinois 60601
Phone No.: 312-368-2160
Fax No.: 312-251-2194