IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAB SYSTEMS, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08 CV 3737 ) |
| STEINMAN & STEINMAN, INC., a Florida corporation, MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, | ) Judge George W. Lindberg ) ) Magistrate Judge Jeffrey Cole ) ) ) ) |
| Defendants. | ) |

## REQUEST FOR REFUND OF FILING FEE

      This is a request for refund of filing fee which was a payment of $39.00 for entry number 4084 (receipt number 2899619). The correct payment of $350.00 was received and was issued receipt number 4624005113.

**BAB SYSTEMS, INC.**

s/ Marc P. Seidler
Marc P. Seidler (02544202)
John A. Hughes (06275159)
**DLA PIPER US LLP**
203 North LaSalle Street, Ste. 1900
Chicago, Illinois 60601
Phone No.: 312-368-2160
Fax No.: 312-251-2194