**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

BAB Systems, Inc.
                                Plaintiff,

v.                                       Case No.: 1:08−cv−03737
                                                  Honorable George W. Lindberg

Steinman & Steinman, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable George W. Lindberg: The Court, sua sponte, strikes Plaintiff's Request for Refund of Filing Fee [9]. Plaintiff should direct its request to the Fiscal Department of the Clerk of Court for the Northern District of Illinois. The Court, sua sponte, reschedules the noticed presentment hearing for Plaintiff's petition to compel arbitration to 7/23/08 at 10:00 a.m. No court appearance is required on 7/16/08.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.