U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08-cv-3737

BAB SYSTEMS, INC., an Illinois Corporation

vs.

STEINMAN & STEINMAN, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STEINMAN & STEINMAN, INC., MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, Defendants.

| NAME (Type or print) |  |
|---|---|
| Carmen D. Caruso |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Carmen D. Caruso |  |
| FIRM |  |
| Stahl Cowen Crowley Addis, LLC |  |
| STREET ADDRESS |  |
| 55 W. Monroe St., Suite 1200 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL  60603 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6189462 | 312-377-7761 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |