IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BAB SYSTEMS, INC., an Illinois Corporation, | ) ) ) | Filed: June 30, 2008 08 CV 3737 |
| Plaintiff, | ) ) ) | Judge Lindberg Magistrate Judge Cole |
| Vs. | ) ) | |
| STEINMAN & STEINMAN, INC., a Florida Corporation, MARC STEINMAN, LEE STEINMAN, Individually and as Personal Representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Marc P. Seidler
     John A. Hughes
     DLA Piper US LLP
     203 N. LaSalle St., Ste. 1900
     Chicago, IL  60601

PLEASE TAKE NOTICE that on July 14, 2008, we caused a copy of Defendant's Attorney Appearance Form, to be filed with the Clerk of The United States District Court for the Northern District of Illinois.

Respectfully submitted,

By: /s/ Carmen D. Caruso
Attorney for Defendants

Carmen D. Caruso, ARDC No. 6189462
STAHL COWEN CROWLEY ADDIS, LLC
55 W. Monroe Street, Suite 1200
Chicago, IL  60603
Telephone: (312) 641-0060
Facsimile:  (312) 641-6959

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of Attorney Appearance Form to be served on the attached service list on the 14th day of July, 2008, via electronic mail delivery from 55 W. Monroe Street, Chicago, Illinois.

/s/ Carmen D. Caruso

## SERVICE LIST

Marc P. Seidler
John A. Hughes
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601