**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

BAB Systems, Inc.
                              Plaintiff,

v.                                                Case No.: 1:08−cv−03737
                                                  Honorable George W. Lindberg

Steinman & Steinman, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

       MINUTE entry before the Honorable George W. Lindberg: Response due 8/4/2008 to Plaintiff's petition to compel arbitration. Reply due 8/11/2008. Ruling set for 9/10/2008 at 9:30a.m. No court appearance required on 7/23/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.