IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAB SYSTEMS, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 3737 ) |
| STEINMAN & STEINMAN, INC., a Florida corporation, MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, | ) Judge George W. Lindberg ) ) Magistrate Judge Jeffrey Cole ) ) ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

Petitioner BAB Systems, Inc., by its attorneys Marc P. Seidler and John A. Hughes, for its motion for enlargement of time to file its reply on plaintiff's petition to compel arbitration, states as follows:

1. Plaintiff BAB Systems, Inc. has filed a petition to compel arbitration as to which the Court has set a briefing schedule requiring defendants' response by August 4, 2008 and plaintiff's reply by August 11, 2008.

2. Lead counsel for plaintiff will be absent from the state on a family matter from August 6, 2008 until August 11, 2008 and, accordingly, plaintiff requests that it be given an additional two days, to and including August 13, 2008, within which to file its reply.

3. Plaintiff's undersigned counsel has discussed the requested enlargement of time with Carmen Caruso, attorney for defendants, and defendants have concurred in the request.

WHEREFORE, plaintiff BAB Systems, Inc. prays for entry of an order enlarging the time within which it may file a reply in support of plaintiff's petition to compel arbitration to and including August 13, 2008.

> Respectfully submitted,
>
> **BAB SYSTEMS, INC.**
>
> s/ Marc P. Seidler

Marc P. Seidler (02544202)
John A. Hughes (06275159)
**DLA PIPER US LLP**
203 North LaSalle Street, Ste. 1900
Chicago, Illinois 60601
Phone No.: 312-368-2160
Fax No.: 312-251-2194