IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAB SYSTEMS, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> STEINMAN & STEINMAN, INC., a Florida corporation, MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, <br><br> Defendants. | Case No. 08 CV 3737 <br><br> Judge George W. Lindberg <br><br> Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:   Carmen D. Caruso
      Stahl Cowen Crowley Addis, LLC
      55 W. Monroe Street, Suite 1200
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on Wednesday, July 30, 2008 at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable George W. Lindberg in the courtroom usually occupied by him, or any other judge sitting in his stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's BAB Systems, Inc.'s Motion for Enlargement of Time, a copy of which has been served upon you.

BAB SYSTEMS, INC.

s/ Marc P. Seidler
Marc P. Seidler (02544202)
John A. Hughes (06275159)
**DLA PIPER US LLP**
203 North LaSalle Street, Ste. 1900
Chicago, Illinois 60601
Phone No.: 312-368-2160
Fax No.: 312-251-2194

## CERTIFICATE OF SERVICE

Marc P. Seidler, an attorney, certifies that on July 23, 2008, he caused the foregoing Notice of Motion and Motion for Enlargement of Time to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> Carmen D. Caruso
> Stahl Cowen Crowley Addis, LLC
> 55 W. Monroe Street, Suite 1200
> Chicago, IL 60603

> s/ Marc P. Seidler
> Marc P. Seidler (02544202)
> John A. Hughes (06275159)
> **DLA PIPER US LLP**
> 203 North LaSalle Street, Ste. 1900
> Chicago, Illinois 60601
> Phone No.: 312-368-2160
> Fax No.: 312-251-2194