# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

BAB SYSTEMS, INC., an Illinois Corporation

vs.

STEINMAN & STEINMAN, INC., et al.

Case Number: 098-cv-3737

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STEINMAN & STEINMAN, INC., MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, Defendants.

| | |
|---|---|
| **NAME** (Type or print) <br> Jeremy P. Kreger | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeremy P. Kreger | |
| **FIRM** <br> Stahl Cowen Crowley Addis, LLC | |
| **STREET ADDRESS** <br> 55 West Monroe, Suite 1200 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280403 | **TELEPHONE NUMBER** <br> 312-377-7859 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |