**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BAB SYSTEMS, INC., an Illinois corporation,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 08 CV 03737** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEINMAN & STEINMAN, INC., a** | ) | **Judge Lindberg and** |
| **Florida corporation, Marc Steinman and** | ) | **Magistrate Judge Cole** |
| **Lee Steinman, individually and as** | ) | |
| **personal representatives of the Estate of** | ) | |
| **Marvin Steinman, and Mara Henderson,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR EXTENSION OF TIME TO
RESPOND TO PETITION TO COMPEL ARBITRATION**

The Defendants, Steinman & Steinman, Inc., Marc Steinman and Lee Steinman, individually and as personal representatives of the Estate of Marvin Steinman, and Mara Henderson (collectively, the "Defendants"), by their attorneys, Carmen D. Caruso and Jeremy P. Kreger of Stahl Cowen Crowley Addis LLC, move this Court for an additional seven days to respond to the Petition to Compel Arbitration of the Plaintiff, BAB Systems, Inc. ("BAB"), and in support thereof, state as follows:

1.      On June 30, 2008, BAB filed its Petition to Compel Arbitration and Stay Proceedings, as well as a supporting Memorandum of Law.

2.      On July 21, 2008, the Court entered a briefing schedule granting the Defendants leave to respond to the Petition to Compel Arbitration by or before August 4, 2008 and granting BAB leave to reply in support of its motion by August 11, 2008.  The Court further set the matter for ruling on September 10, 2008.

1

3.      On July 29, 2008, BAB filed a Supplemental Declaration in support of the Petition to Compel Arbitration, which required further review by the Defendants.

4.      In addition to the above, the Defendants require a seven day extension of time in which to respond to the Petition to Compel due to the time constraints that their principal counsel has encountered in moving from his former firm, Schwartz Cooper, to his present firm.

5.      BAB will not be prejudiced by the granting of this Motion.

WHEREFORE, the Defendants respectfully request that this Court grant them an additional seven days, to August 11, 2008, to file their response to the pending Petition to Compel Arbitration and Stay Proceedings, adjust the remainder of the briefing schedule accordingly, and for any further relief that the Court deems just and appropriate.

Respectfully submitted,

Steinman & Steinman, Inc., Marc Steinman and Lee Steinman, individually and as personal representatives of the Estate of Marvin Steinman, and Mara Henderson

By: s/ Jeremy P. Kreger
         One of Their Attorneys

Carmen D. Caruso
Jeremy P. Kreger
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060
(312) 641-6959 (facsimile)