IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BAB SYSTEMS, INC., an Illinois Corporation, | ) ) ) | Filed: June 30, 2008 08 CV 3737 Judge Lindberg |
| Plaintiff, | ) ) | Magistrate Judge Cole |
| Vs. | ) ) | |
| STEINMAN & STEINMAN, INC., a Florida Corporation, MARC STEINMAN, LEE STEINMAN, Individually and as Personal Representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Marc P. Seidler
       John A. Hughes
       DLA Piper US LLP
       203 N. LaSalle St., Ste. 1900
       Chicago, IL  60601

   PLEASE TAKE NOTICE that on August 13, 2008 at 9:30 a.m., I shall appear before the Honorable George W. Lindberg in Courtroom 1425, 219 S. Dearborn, Chicago, IL and present Motion For Extension of Time to Respond to Petition to Compel Arbitration, a copy of which is hereby served upon you.

                                             /s/ Jeremy P. Kreger
                                             One of Defendant's Attorneys

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he caused a copy of Motion for Extension of Time to Respond to Petition to Compel Arbitration to be served on the following on the 4th day of August, 2008, via electronic mail delivery from 55 W. Monroe Street, Chicago, Illinois.

Marc P. Seidler
John A. Hughes
DLA Piper US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL  60601

                                                                                   /s/ Jeremy P. Kreger