## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3737 | **DATE** | 8/5/2008 |
| **CASE TITLE** | BAB Sys., Inc. vs. Steinman & Steinman, Inc. | | |

**DOCKET ENTRY TEXT**

Defendants' motion for extension of time to respond to petition to compel arbitration [20] is granted. Defendants' response is due 8/11/08. Plaintiff's reply is due 8/18/08. No further extensions will be granted. The ruling date remains unchanged. No court appearance is required on 8/13/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|