## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BAB SYSTEMS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 3737 |
| STEINMAN & STEINMAN, INC., a Florida corporation, MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, | ) ) ) ) ) ) ) ) | Judge George W. Lindberg<br><br>Magistrate Judge Jeffrey Cole |
| Defendants. | ) ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:    Carmen D. Caruso
         Jeremy P. Kreger
         Stahl Cowen Crowley Addis, LLC
         55 W. Monroe Street, Suite 1200
         Chicago, IL 60603

**PLEASE TAKE NOTICE** that on Wednesday, August 13, 2008 at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable George W. Lindberg in the courtroom usually occupied by him, or any other judge sitting in his stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's BAB Systems, Inc.'s Motion for Entry of Agreed Order, a copy of which has been served upon you.

                  **BAB SYSTEMS, INC.**

                  s/ Marc P. Seidler
                  Marc P. Seidler (02544202)
                  John A. Hughes (06275159)
                  **DLA PIPER US LLP**
                  203 North LaSalle Street, Ste. 1900
                  Chicago, Illinois 60601
                  Phone No.: 312-368-2160
                  Fax No.: 312-251-2194

## CERTIFICATE OF SERVICE

Marc P. Seidler, an attorney, certifies that on August 7, 2008, he caused the foregoing Notice of Motion and Motion for Entry of Agreed Order to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Carmen D. Caruso
Jeremy P. Kreger
Stahl Cowen Crowley Addis, LLC
55 W Monroe Street, Suite 1200
Chicago, IL 60603

s/ Marc P. Seidler
Marc P. Seidler (02544202)
John A. Hughes (06275159)
**DLA PIPER US LLP**
203 North LaSalle Street, Ste. 1900
Chicago, Illinois 60601
Phone No.: 312-368-2160
Fax No.: 312-251-2194

CHGO1\31234985.1