Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3737 | **DATE** | 8/13/2008 |
| **CASE TITLE** | BAB Systems, Inc. Vs. Steinman & Steinman, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry of agreed order is granted. It is hereby ordered that the petition to compel arbitration is dismissed. The court retains jurisdiction to enforce the arbitrator's award. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SLB |
|---|---|---|