MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAB SYSTEMS, INC., an Illinois corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 3737 |
| ) | |
| STEINMAN & STEINMAN, INC., a Florida corporation, MARC STEINMAN, LEE STEINMAN, individually and as personal representative of the ESTATE OF MARVIN STEINMAN and MARA HENDERSON, ) | Judge George W. Lindberg |
| ) | |
| ) | Magistrate Judge Jeffrey Cole |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER

This matter being heard on Plaintiff BAB Systems, Inc.'s ("Plaintiff") Petition to Compel Arbitration Against Defendants Steinman & Steinman, Inc., Marc Steinman, Lee Steinman, individually and as personal representative of the Estate of Marvin Steinman and Mara Henderson ("Defendants"), and by the agreement of the parties,

IT IS HEREBY ORDERED that:

1. All claims asserted by Plaintiff against Defendants in the arbitration pending in Chicago, Illinois before the American Arbitration Association, entitled "BAB Systems, Inc. and Steinman & Steinman, Inc.; Lee Steinman; Marc Steinman; Mara Henderson," Case No. 51 114 00787 08 (the "Arbitration"), and all claims of Defendants against Plaintiff, including those asserted by Plaintiffs in the First Judicial Circuit Court, Okaloosa County, Florida in the case entitled "Steinman & Steinman, Inc. v. BAB Systems, Inc., et al.," as Case No. 2008-CA-3206 (the "State Court Action") shall be submitted for binding arbitration in the Arbitration, and the

State Court Action shall, by the agreement of the parties, be stayed as to Plaintiff pending the award of the arbitrator in the Arbitration.

2. Any claims of Plaintiff against Defendants or Defendants against Plaintiff may be submitted in the Arbitration as claims or counterclaims, as the case may be, but shall not be asserted in any judicial proceeding.

3. This Court shall retain jurisdiction of this action and the parties for the purposes of enforcing the arbitrator's award in the Arbitration.

4. Nothing in this agreement shall constitute an admission of liability by Defendants with respect to any matter or claim asserted by Plaintiffs in this case. Any claim for attorneys' fees or costs by any party shall be arbitrable.

**AGREED:**

| BAB SYSTEMS, INC., Plaintiff | STEINMAN & STEINMAN, INC., MARC STEINMAN, LEE STEINMAN, individually and as personal representative for the Estate of Marvin Steinman and MARA HENDERSON |
|---|---|
| By: s/Marc P. Seidler<br>One of Its Attorneys<br>Marc P. Seidler (02544202)<br>John A. Hughes (06275159)<br>DLA Piper US LLP<br>203 N. LaSalle, Ste. 1900<br>Chicago, IL 60601 | By: s/Jeremy P. Kreger<br>One of the Attorneys for Defendants<br>Carmen D. Caruso<br>Jeremy P. Kreger<br>Stahl Cowen Crowley Addis LLC<br>55 W. Monroe, Ste. 1200<br>Chicago, IL 60603 |

ORDERED: _____
United States District Court Judge

AUG 1 3 2008

Dated: August __, 2008